Nancy E. Wolff, Esq., No. 133334
nwolff@cdas.com
COWAN, DeBAETS, ABRAHAMS,
  & SHEPPARD LLP
9454 Wilshire Boulevard, Suite 901
Beverly Hills, CA 90212
Telephone: (310) 340-6334
Telefax: (310) 492-4394
NWolff@cdas.com

*Attorneys for Petitioner*
*Tokyo Broadcasting System Television, Inc.*



FILED
APR 22 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

SVK

| | |
|---|---|
| IN RE: DMCA § 512(h) SUBPOENA TO CLOUDFLARE, INC. | Case No.: CV-21 80099-MISC.<br><br>TOKYO BROADCASTING SYSTEM TELEVISION, INC.'S REQUEST TO THE CLERK FOR THE ISSUANCE OF A SUBPOENA TO CLOUDFLARE, INC. PURSUANT TO 17 U.S.C. § 512(h) TO IDENTIFY ALLEGED INFRINGER |

Tokyo Broadcasting System Television, Inc. ("TBS"), by and through its undersigned counsel of record, hereby requests that the Clerk of this Court issue a subpoena to Cloudflare, Inc. ("Cloudflare") to identify an alleged infringer or infringers, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "Subpoena"). A copy of the proposed Subpoena is attached as Exhibit 2 to the Declaration of Nancy E. Wolff ("Wolff Decl.").

The requested Subpoena relates to infringing materials that TBS discovered on the website <jshow.tv>, which TBS is informed and believes is facilitated by Cloudflare. The infringing materials include unauthorized copies of full episodes of television programs, which are owned solely and exclusively by TBS.

TBS has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h), namely:

1. TBS has submitted a copy of the notification required by 17 U.S.C. § 512(c)(3)(A). *See* Wolff Decl. ¶ 3, Ex. 1.

2. TBS has submitted the proposed Subpoena concurrently herewith. *See* Wolff Decl. ¶ 5, Ex. 2.

3. TBS has submitted a sworn declaration confirming the purpose for which the Subpoena is sought is to obtain the identity of the alleged infringer or infringers, and that such information will only be used for the purpose of protecting rights under Title 17 of the United States Code. *See* Wolff Decl. ¶ 4.

Because TBS has complied with the statutory requirements, TBS respectfully requests that the Clerk expeditiously issue and sign the proposed Subpoena pursuant to 17 U.S.C. § 512(h)(4) and return it to the undersigned counsel for service on Cloudflare.

DATED: April 22, 2021

COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

By: /s/ Nancy E. Wolff
NANCY E. WOLFF

*Attorneys for Petitioner Tokyo Broadcasting System Television, Inc.*

RECEIVED

2021 APR 22  P 4:23

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.